IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH MARTINEZ,

      Petitioner,                      No. CIV-S-05-1887 GEB KJM P

      vs.

GEORGE GUIRBINO, et al.,

      Respondents.               <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file an opposition to respondents' July 10, 2006 motion to dismiss. Good cause appearing, petitioner's request will be granted.

        Petitioner also asks that respondents be held in default for filing their motion to dismiss late. However, the motion to dismiss was timely. <u>See</u> May 9, 2006 order; Fed. R. Civ. P. 6(a).

/////

/////

/////

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's July 19, 2006 request for an extension of time is granted;

2. Petitioner is granted thirty days from the date of this order in which to file an opposition to respondents' July 10, 2006 motion to dismiss; and

3. Petitioner's July 19, 2006 "motion for default" is denied.

DATED: August 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
mart1887.111